Russell A. Robinson, SBN 163937
Law Office of Russell A. Robinson
345 Grove Street, 1st Floor
San Francisco, CA 94102
Phone:      415 255 0462
Fax:          415 431 4526

Counsel for Plaintiff
**HARRY BONNER**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY BONNER,<br><br>    Plaintiff,<br><br>v.<br><br>CITY & COUNTY OF SAN FRANCISCO, SAN FRANCISCO MUNICIPAL TRANSIT AGENCY, SARITA BRITT, R. SCOTT JEFFERIS, and DOES 1-40,<br><br>    Defendants. | No.    C-13-4007-KAW<br><br>**[Proposed] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Good cause appearing, it is hereby ordered as follows:

The initial case management conference previously set for February 11, 2014, is continued to March 25, 2014, at 1:30 p.m., in Courtroom 4, 3rd Floor, 1301 Clay Street, Oakland, CA 94612.  A Joint Case Management Statement is due by March 18, 2014.

**IT IS SO ORDERED.**

Date:   February 10, 2014           _____
                                                          Magistrate Judge Kandis A. Westmore
                                                          USDC, Northern Dist. Of Cal.