United States District Court
Northern District of California

HARRY BONNER,

        Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendants.

Case No.: CV 13-04007-KAW

ORDER TO SHOW CAUSE; ORDER VACATING MARCH 25, 2014 CASE MANAGEMENT CONFERENCE

This case was filed on August 29, 2013. The initial case management was scheduled to take place on November 26, 2013. Plaintiff did not file a certificate of service or a case management conference statement, so the Court, on its own initiative, continued the initial case management conference to February 11, 2014.

The joint case management statement was due on February 4, 2014. On February 10, 2014, Plaintiff filed an ex parte request to continue the case management conference until late March 2014 to allow time to serve all defendants. (Dkt. No. 9.) Plaintiff indicated that, at the time of the request, the summons and complaint were out for service. *Id.* The Court granted the request, and the initial case management conference was again continued until March 25, 2014. (Dkt. No. 11.)

As of the filing of this order, Plaintiff has not filed a certificate of service of the complaint and summons or the required case management statement. Nor has Plaintiff contacted the Court regarding the status of the case, to request more time for service, or to otherwise prosecute the case.

///

///

///

The Court hereby orders Plaintiff to show cause why this case should not be dismissed for failure to prosecute. Plaintiff shall file a written response to this order to show cause by **Friday, April 4, 2014 at 5:00 p.m.** The initial case management conference currently set for March 25, 2014 is VACATED.

IT IS SO ORDERED.

Dated: March 21, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge