United States District Court
Northern District of California

HARRY BONNER,

        Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendants.

Case No.: CV 13-04007-KAW

ORDER DISCHARGING ORDER TO SHOW CAUSE; ORDER SETTING CASE MANAGEMENT CONFERENCE FOR JUNE 24, 2014

This case was filed on August 29, 2013. The initial case management was twice continued until March 25, 2014, because Plaintiff's counsel had not served the complaint. (Dkt. No. 11.) On March 21, 2014, Plaintiff had not filed a certificate of service of the complaint and summons nor the required case management statement, so the Court issued an order to show cause why the case should not be dismissed for failure to prosecute. (Dkt. No. 12.)

On April 4, 2014, Plaintiff filed a response to the order to show cause stating that it was the fault of counsel, rather than Plaintiff, that resulted in the complaint not being served. (Dkt. No. 13.) Counsel further stated that he has been unavailable for medical reasons, and, most recently, was in Florida due to the death of a close family member. *Id.*

Accordingly, the March 31, 2014 order to show cause is hereby discharged. The initial case management conference is continued until June 24, 2014, which should provide sufficient time for both the service of the complaint and for Defendants to file a responsive pleading. The Court will not entertain any further requests for a continuance based on Plaintiff's failure to serve the complaint.

IT IS SO ORDERED.

Dated: April 21, 2014

KANDIS A. WESTMORE
United States Magistrate Judge